# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY CURRY, | : | No. 588 EAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (BRIAN'S PROFESSIONAL | : | |
| CLEANING AND RESTORATION AND | : | |
| STATE WORKERS' INSURANCE FUND), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.